UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

VERONICA DAVIS,

    Plaintiff,

v.                                                                Case No. 2:19-mc-00009

CONN APPLIANCES, INC.,

    Defendant.

---

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismissal of this action with each party to bear its own costs of court, thereby concluding this matter in its entirety.

Respectfully submitted,

| | |
|---|---|
| *s/ Frank H. Kerney, III* | *s/ Robert A. Luskin* |
| Frank H. Kerney, III | Robert A. Luskin |
| TBN 035859 | TBN 027735 |
| MORGAN & MORGAN, TAMPA, P.A. | GOODMAN MCGUFFEY LLP |
| 201 North Franklin Street, 7th Floor | 3340 Peachtree Road NE, Suite 2100 |
| Tampa, Florida 33602 | Atlanta, GA 30326-1084 |
| Phone: (813) 223-5505 | Phone: (404) 264-1500 |
| Fax: (813) 222-2490 | Fax: (404) 264-1737 |
| FKerney@ForThePeople.com | rluskin@gmlj.com |
| JessicaK@ForThePeople.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |